*S. C. Crane,* contra.

---

3087, 3088.    Sisk v. Anderson Phosphate & Oil Co.

Hill, C. J. 1. A certiorari will not be dismissed because the magistrate fails to send up copies of the proceedings connected with the trial of the case in the court below, when the errors complained of in the petition as verified by the answer can be fully considered and determined without reference to such proceedings. *Peeples* v. *Tygart,* 6 *Ga. App.* 409 (65 S. E. 167); *Georgia Southern & Florida Ry. Co.* v. *State,* 116 *Ga.* 845 (43 S. E. 254).

2. The first grant of a new trial on certiorari is discretionary, and will not be reversed, unless the evidence demanded the verdict in the trial court. *King* v. *Turner,* 6 *Ga. App.* 499 (65 S. E. 321), and cases cited.

<em>Judgment affirmed.</em>

Decided June 29, 1911.

Certiorari; from Banks superior court—Judge Brand. January 6, 1911.

*I. H. Sutton, Robert McMillan,* for plaintiff in error.

*J. C. Edwards,* contra.